**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Cornelius BRAYBOY, Defendant–Appellant.**

No. 08–10942
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 3, 2009.

Edward Donald Reagan, Edward D. Reagan, P.A., West Palm Beach, FL, for Defendant–Appellant.

Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BARKETT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Edward D. Reagan, appointed counsel for Cornelius Brayboy, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Brayboy's conviction and sentence are **AFFIRMED.**